JS-6 <sup>STAY</sup>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GASSER and STEVEN PORTER, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN CHRISTNER TRUCKING, LLC, an Oklahoma Limited Liability Company; HIRSCHBACH, INC., an Indiana Corporation; HIRSCHBACH MOTOR LINES, INC., an Iowa Corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:25-cv-00619-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING MEDIATION**<br><br><br>Complaint filed: 9/30/2024<br>Removed: 3/7/2025 |

The Court, having considered the Parties Stipulation to Stay Case Pending Mediation, and for good cause shown, GRANTS the stipulation and hereby ORDERS as follows:

1. This Action is hereby stayed until further Order of this Court, and
2. The Parties are ordered to submit a report regarding the outcome of mediation by no later than November 4, 2025, after which time the Court shall set a Scheduling Conference and set deadlines for class certification (if the Action did not settle at mediation).

**IT IS SO ORDERED.**

Dated:  May 2, 2025

_____
Hon. Jesus G. Bernal
United States District Judge